## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| RAED BADIER<br>A74 301 358<br>414 Rime Village Drive<br>Birmingham, AL 35216;<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security,<br>425 Murray Drive, Building 410<br>Washington, DC 20536<br><br>EMILIO T. GONZALEZ, Director,<br>U.S. Citizenship and Immigration Services<br>20 Massachusetts Ave. NW<br>Washington, DC 20529<br><br>      Defendants. | Civil Action No. |

## COMPLAINT FOR RELIEF IN THE
## NATURE OF MANDAMUS

**To the Honorable Judge of Said Court:**

Plaintiff, Raed Badier, through undersigned counsel, alleges as follows:

### INTRODUCTION

1. This is a civil action brought pursuant to 28 U.S.C. § 1361, 8 U.S.C. § 1329, and 28
   U.S.C. § 1331 to redress the deprivation of rights, privileges and immunities secured to
   Plaintiff to compel Defendants to perform a duty Defendants owe to Plaintiff.
   Jurisdiction is also conferred by 5 U.S.C. § 704.

2.  This action is brought to compel Defendants and those acting under them to take action to provide Plaintiff with proof of his lawful permanent residence.

3.  Plaintiff is a lawful permanent resident, and is entitled to proof of such.

4.  Defendants, the Department of Homeland Security and United States Citizenship Immigration Services ("USCIS"), are charged by law with the obligation to provide this proof.

5.  Venue is proper under 28 U.S.C. §1391(e)(3) because all Defendants are officers of agencies of the United States, and no real property is involved in this action.

## FACTS

6.  Plaintiff is presently a lawful permanent resident ("LPR") of the United States.

7.  Plaintiff became a conditional LPR through marriage to a United States citizen (**Exhibit A**, Copy of Plaintiff's initial resident alien card).

8.  On July 17, 1995, Plaintiff applied to have the conditions on his LPR status removed by filing a Form I-751 Petition to Remove the Conditions on Permanent Residence ("Petition") (**Exhibit B**, Copy of first page of Form I-751).

9.  Plaintiff's Petition was approved, resulting in Plaintiff obtaining unconditional LPR status. (**Exhibit B**).

10. On September 2, 2005, Plaintiff filed a Form I-90, Application to Replace Alien Registration Card ("I-90"), in order to obtain proof of his status as an LPR. (**Exhibit C**, Copy of first page of Form I-90) Plaintiff's LPR card was then produced by USCIS, but was never sent to Plaintiff. (**Exhibit D**, Copy of Plaintiff's LPR card obtained through a Freedom of Information Act ("FOIA") Request). Instead the card was inexplicably placed in Plaintiff's A-file at the local USCIS office.

11. USCIS then erroneously and inexplicably denied Plaintiff's I-90 on September 5, 2006, stating that the conditions on Plaintiff's permanent residence were never removed (**Exhibit E**, USCIS decision denying I-90), despite the fact that Plaintiff's Petition to remove the conditions on his residence had in fact been previously approved, and regardless of the fact that USCIS had issued a new card reflecting Plaintiff's status as an LPR.

12. Plaintiff subsequently appealed the USCIS denial of his I-90 on September 28, 2006, pointing out the USCIS error and requesting that USCIS provide Plaintiff with his LPR card. (**Exhibit F**, Copy of Plaintiff's appeal of erroneous USCIS decision). Said appeal is pending to this day, over one year later. As such, Defendants continue to prolong and delay the issuance of proof of Plaintiff's LPR status without justification or explanation, and have clearly failed to act within a reasonable time. In addition, the expiration date of the produced LPR card is February 10, 2008, a date fast approaching.

13. Defendants are required to act lawfully and within a reasonable time under the Administrative Procedures Act ("APA"), 5 U.S.C. § 706(1). Defendants have failed to do so in the present case, especially given the harm to Plaintiff caused by the delay. Plaintiff is unable to reenter the United States.

14. After confirming through an InfoPass appointment at the USCIS Atlanta, Georgia Office that Plaintiff's permanent resident card had indeed been produced and placed in his A-file, Plaintiff filed a Form G-884, Request for Return of Original Documents, with USCIS to obtain his LPR card. (**Exhibit G**, Copy of G-884 and accompanying documentation) Said request has been completely ignored by USCIS.

15. Meanwhile, Plaintiff was forced to leave the U.S. in order to take care of urgent business abroad, and has been unable to return to the U.S. due to a lack of proof of his LPR status. As such, due to the unreasonable and unjustifiable actions of Defendants, Plaintiff has been wrongly denied the ability to reenter the country of which he is a permanent resident to his detriment.

16. In a subsequent InfoPass appointment at the USCIS Atlanta, Georgia office, counsel for Plaintiff learned that Plaintiff's A-file, which contains his LPR card was transferred to the Washington, D.C. USCIS office.

## **CLAIMS FOR RELIEF**

17. Defendants have willfully, unlawfully, and unreasonably delayed in issuing proof of Plaintiff's permanent residence, thereby causing extreme harm to Plaintiff without justification.

18. Defendants owe Plaintiff a duty to provide him with the requested proof of his LPR status and have failed to perform that duty.

19. Plaintiff has exhausted any administrative remedies.

**WHEREFORE, Plaintiff prays that the Court:**

1. Compel Defendants and those acting under them to perform their duty to provide Plaintiff with proof of his LPR status;

2. Grant such other and further relief as this Court deems proper under the circumstances; and

3. Grant Attorney's fees and costs under the Equal Access to Justice Act and/or other appropriate authority.

RESPECTFULLY SUBMITTED this 19th day of November, 2007.


**RAED BADIER**

*By Counsel,*

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, N.W. Suite 775
Washington DC 20036
Phone: (202) 483-0053
Fax: (202) 483-6801
Email: tragland@maggio-kattar.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RAED BADIER<br>A74 301 358<br>414 Rime Village Drive<br>Birmingham, AL 35216; | )<br>)<br>)<br>)<br>) |  |
| Plaintiff, | )<br>) |  |
| v. | )<br>)<br>) | Civil Action No. |
| MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security,<br>425 Murray Drive, Building 410<br>Washington, DC 20536 | )<br>)<br>)<br>)<br>) |  |
| EMILIO T. GONZALEZ, Director,<br>U.S. Citizenship and Immigration Services<br>20 Massachusetts Ave. NW<br>Washington, DC 20529 | )<br>)<br>)<br>)<br>) |  |
| Defendants. | )<br>) |  |

## LIST OF EXHIBITS

Exhibit A        Copy of Plaintiff's initial resident alien card

Exhibit B        Copy of first page of Form I-751

Exhibit C        Copy of first page of Form I-90

Exhibit D        Copy of Plaintiff's LPR card obtained through a Freedom of Information

Act ("FOIA") Request

Exhibit E        USCIS decision denying I-90

Exhibit F        Copy of Plaintiff's appeal of erroneous USCIS decision

Exhibit G        Copy of G-884 and accompanying documentation

## VERIFICATION

I, Raed Badier, under penalty of perjury, state the following:

I affirm the truth of the factual contents of the foregoing Complaint for

Mandamus and Declaratory Judgment on Application Removal of Conditions on

Permanent Residence and Request for Original Documents in Badier v. Taylor, et al.,

upon information and belief.

Dated: _10 - 31 - 2007_

Place: _Amman, Jordan_

_Raed Badier_

FIRST NAME LAST NAME

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Raed Badier | Michael Chertoff, Emilio T. Gonzalez |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Birmingham, AL<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY) _____<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF<br>LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Thomas K. Ragland<br>MAGGIO & KATTAR<br>11 Dupont Circle, NW, Suite 775<br>Washington, DC 20036<br>(202) 483-0053 | Jeffrey Taylor<br>U.S. Attorney for the District of Columbia<br>555 4th Street NW<br>Washington, DC 20530 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ○ A. Antitrust | ○ B. Personal Injury/ Malpractice | ○ C. Administrative Agency Review | ○ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil |
|---|

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. § 1361, 8 U.S.C. § 1329, and 28 U.S.C. §1331. Petition for a Writ of Mandamus.

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 11/19/07     SIGNATURE OF ATTORNEY OF RECORD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.





U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-

Petition to Remove the Conditions on Residenc

## START HERE  - Please Type or Print

### Part 1.  Information about you.

| | | |
|---|---|---|
| Family Name **BADIER** | Given Name **Raed** | Middle Initial **M.** |

Address - C/O:

| | |
|---|---|
| Street Number and Name **1515 Rime Village** | Apt. # |
| City **Hoover** | State or Province **Alabama** |
| Country **USA** | Zip/Postal Code **35216** |

| | |
|---|---|
| Date of Birth (month/day/year) **09/29/1970** | Country of Birth **Kuwait** |
| Social Security # **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** | A # **74301358** |
| Conditional residence expires on (month/day/year) **12-1-97** | |

Mailing address if different from residence in C/O:

| | |
|---|---|
| Street Number and Name **P.O. Box 55082** | Apt. # |
| City **Birmingham** | State or Province **Alabama** |
| Country **USA** | Zip/Postal Code **35255** |

19 SEP '97

### Part 2.  Basis for Petition (check one).

a. ☐ My conditional residence is based on my marriage to a U.S. citizen or permanent resident, and we are filing this petition together.

b. ☐ I am a child who entered as conditional permanent resident and I am unable to be included in a Joint Petition to Remove the Conditional Basis of Alien's Permanent Residence (Form I-751) filed by my parents.

My conditional residence is based on my marriage to a U.S. citizen or permanent resident, but I am unable to file a joint petition and I request a waiver because: (check one)

c. ☐ My spouse is deceased.

d. ☒ I entered into the marriage in good faith, but the marriage was terminated through divorce/annulment.

e. ☐ I am a conditional resident spouse who entered into the marriage in good faith, or I am a conditional resident child, who has been battered or subject to extreme mental cruelty by my citizen or permanent resident spouse or parent.

f. ☐ The termination of my status and deportation from the United States would result in an extreme hardship.

### Part 3.  Additional Information about you.

| | |
|---|---|
| ...ding maiden name): | Telephone # **987-0900** |
| /95   **6-19-97** | Place of Marriage **Birmingham, Al** |
| ..., give the ...ear) **N/A** | |

...clusion proceedings?   ☐ Yes   ☒ No
...ther than an attorney in connection   ☐ Yes   ☒ No

Continued on back.

**FOR INS USE ONLY**

| Returned | Receipt |
|---|---|

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

SRC980030004

**Remarks**

Couple Have A U.S. Child born 12-12-95

**Action**

APPROVED

To be completed by Attorney or Representative, if any
☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0004

# Application to Replace Alien Registration Card

## START HERE - Please Type or Print

## Part 1. Information about you.

| | | |
|---|---|---|
| Family Name  **BADIER** | Given Name  **Raed** | Middle Initial **Mohid** |

U.S. Mailing Address- C/O

| | |
|---|---|
| Street Number and Name   **1224 Riverford Drive** | Apt. # |

City  **Birmingham**

| | |
|---|---|
| State  **Alabama** | Zip Code  **35209** |
| Date of birth (Month/Day/Year)  **09/29/1970** | Country of Birth  **Kuwait** |
| Social Security #  **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** | A #  **74301358** |

## Part 2. Application Type.

1. My status is: (check one)
   a. ☒ Permanent Resident - (Not a Commuter)
   b. ☐ Permanent Resident - (Commuter)
   c. ☐ Conditional Permanent Resident

2. Reason for application (check one)
   **I am a Permanent Resident or Conditional Permanent Resident and:**
   a. ☐ my card was lost, stolen or destroyed. I have attached a copy of an identity document.
   b. ☒ my authorized card was never received. I have attached a copy of an identity document.
   c. ☐ my card is mutilated. I have attached the mutilated card.
   d. ☐ my card was issued with incorrect information because of INS administrative error. I have attached the incorrect card and evidence of the correct information.
   e. ☐ my name or other biographic information has changed since the card was issued. I have attached my present card and evidence of the new information.

   **I am a Permanent Resident and:**
   f. ☐ my present card has an expiration date and is expiring.
   g. ☐ I have reached my 14th birthday since my card was issued. I have attached my present card.
   h. 1. ☐ I have taken up Commuter status. I have attached my present card and evidence of my foreign residence.
   h. 2. ☐ I was a Commuter and am now taking up residence in the U.S. I have attached my present card and evidence of my residence in the U.S.
   i. ☐ my status has been automatically converted to permanent resident. I have attached my Temporary Status Document.
   j. ☐ I have an old edition of the card.

## Part 3. Processing Information.

| | |
|---|---|
| Mother's First Name  **Khairiyeh** | Father's First Name  **Mohid Adnan** |
| City of residence where you applied for an Immigrant Visa or adjustment of status   **Atlanata, GA** | Consulate where Immigrant Visa was issued or INS office where status was Adjusted  **N/A** |
| City/Town/Village of Birth  **Kuwait City** | Date of Admission as an immigrant or Adjustment of Status  **12/01/1995** |

Continued on back.

## FOR INS USE ONLY

| Returned | Receipt |
|---|---|

Resubmitted

LA Lockbox

SEP 02 '05 11 AM

RECEIVED

CK# 17700
Amt $255.00

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

Status as _____ verified by _____

Class _____ Initials _____

FD-258 forwarded on _____

I-89 forwarded on _____

I-551 seen and returned _____ (Initials)

Photocopy of I-551 verified _____ (Initials)

Name _____   Date _____
Sticker # _____ (ten-digit number)

**Action Block**

**To Be Completed by Attorney or Representative, if any**
☒ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #   **GA 429940**

Form I-90 (Rev. 06/05/02)Y



ENCLOSED IS YOUR IDENTIFICATION CARD. THE LAW
REQUIRES THAT YOU KEEP THIS CARD IN YOUR
POSSESSION AT ALL TIMES. RETAIN THIS MAILING
INSERT AS A RECORD OF YOUR FILE NUMBER.

BADIER, RAED                    074301358

A2USA074301358<02<9802<<<<<<<<
7009297M0802101<<<<<CCC6314688
BADIER<<RAED<<<<<<<<<<<<<<<<<<

BADIER, RAED

PO BOX 55082
BIRMINGHAM              AL  35255

8-028-885-003     301358

USINS
77 FORSYTH STREET, S.W.
ATLANTA GA. 30303



**U.S. Citizenship
and Immigration
Services**

U.S. Citizenship and Immigration Services
Texas Service Center
Mesquite TX 75185-1488

SEPTEMBER 5, 2006

BAIDER, RAED
1320 RIVER HAVEN LANE
BIRMINGHAM, AL  35244

Dear Sir or Madam:

**A Number: A74301358
Receipt Number: SRC9800300004
Petition / Application Type: I-751**

The United States Citizenship and Immigration Services (USCIS) has received and reviewed
your I-90 application indicating that your authorized card was never received.

Our records show that due to your Status as a Conditional Resident your card cannot be produced as your
Conditional Resident Status was approved over 24 months ago.

You need to contact your local District Office to confer with them on what form you need to file to remove
your conditional resident status.

If you have any questions regarding this notice, please contact the USCIS National Customer Service Center
toll-free at 1-800-375-5283 or TTY 1-800-767-1833.

Thank you,
Director
Texas Service Center
U.S. Citizenship and Immigration Services
 B-17



KUCK CASABLANCA LLC
THE IMMIGRATION LAW FIRM

CHARLES H. KUCK, ESQ.

E-MAIL: CKUCK@IMMIGRATION.NET

September 28, 2006

**VIA FEDERAL EXPRESS**

U.S. Citizenship and Immigration Services
Texas Service Center
4141 North St. Augustine Road
Dallas, Texas 75227

> **Re:** **Motion to Reconsider Denial of I-90 Based on Service Error**
> **and Request to Waive Filing Fee**
> **Mr. Raed BADIER, A74-301-358**

Dear Sir or Madam:

We are writing in response to your Decision dated September 5, 2006 (copy enclosed), in which you denied to issue Mr. Badier his Permanent Residence Card. In your decision, you stated "Our records show that due to your Status as a Conditional Resident your card cannot be produced as your Conditional resident Status was approved over 24 months ago."

Mr. Baider does not contest that when he first adjusted his status, he was made a conditional lawful permanent resident; however, on July 17, 1995, Mr. Badier applied to have his conditions removed by filing a Form I-751 (receipt number SRC9800300004), which was subsequently approved. (See file stamped copy of Form I-751 indicating his application was "APPROVED"). As such, the Service erred in not issuing Mr. Badier his Permanent Residence Card.

Due to the fact the failure to issue Mr. Badier his Permanent Residence Card was a service mistake, we respectfully request that you reconsider the denial of Mr. Badier's I-90 and issue his Permanent Residence Card. As the denial of Mr. Badier's I -90 was a service error, we also request that any fees associated with the reconsideration of Mr. Badier's I-90 be waived.

Very truly yours,

Charles Kuck

Charles H. Kuck

Enclosures

ATLANTA | MIAMI | DALTON | GAINESVILLE

One Capital City Plaza    T 404.816.8611
3350 Peachtree Road, Suite 1600    T 866.286.6200
Atlanta, Georgia 30326    F 404.816.8615

OMB No. 1615-0095; Expires 10/31/08

**Department of Homeland Security**
U. S. Citizenship and Immigration Services

# I-290B, Notice of Appeal to the
## Administrative Appeals Office (AAO)

| | **Fee Stamp** |
|---|---|
| **In the Matter of:**<br>Raed BADIER | **File Number:**<br>A74-301-358 |

---

1. I am filing an appeal from the decision dated:

September 5, 2006

---

2. Please check the **one** block that applies:

☐ I am not submitting a separate brief or evidence.

☒ I am submitting a separate brief and/or evidence with this form.

☐ I am sending a brief and/or evidence to the AAO within 30 days.

☐ I need _____ days to submit a brief and/or evidence to the AAO. *(May be granted only for good cause shown. Explain in a separate letter, and attach the letter to your form.)*

---

**Person Filing Appeal**

Signature *Charles Kuck*

Name    Charles H. Kuck

Address    3350 Peachtree Rd., Suite 1600
           *Number*          *Street*

Atlanta  GA    30326
   *City*         *State*      *Zip Code*

Telephone No.    404-816-8611

E-Mail address, if any    CKuck@immigration.net

Date  9/28/06

☒ I am an attorney or representative, and I represent:

Raed  Badier

*Person and/or organization for whom you are appearing.*

Telephone No. _____

E-Mail address, if any _____

**You must attach a Notice of Entry of Appearance (Form G-28) if you are an attorney or representative and did not submit such a form before.**

---

3. Briefly, state the reason(s) for this appeal:

The failure to issue Mr. Badier's a Permanent Resident Card is a service error, as the conditions to his residency have previously been removed.  See cover letter and file stamped copy of "Approved" I-751, Receipt Number SRC9800300004.

Form I-290B (Rev. 10/26/05)Y



U.S. Citizenship
and Immigration
Services

U.S. Citizenship and Immigration Services
Texas Service Center
Mesquite TX 75185-1488

SEPTEMBER 5, 2006

BAIDER, RAED
1320 RIVER HAVEN LANE
BIRMINGHAM, AL  35244

Dear Sir or Madam:

**A Number: A74301358**
**Receipt Number: SRC9800300004**
**Petition / Application Type: I-751**

The United States Citizenship and Immigration Services (USCIS) has received and reviewed your I-90 application indicating that your authorized card was never received.

Our records show that due to your Status as a Conditional Resident your card cannot be produced as your Conditional Resident Status was approved over 24 months ago.

You need to contact your local District Office to confer with them on what form you need to file to remove your conditional resident status.

If you have any questions regarding this notice, please contact the USCIS National Customer Service Center toll-free at 1-800-375-5283 or TTY 1-800-767-1833.

Thank you,
Director
Texas Service Center
U.S. Citizenship and Immigration Services
 B-17

www.immigration.net



KUCK CASABLANCA LLC

THE IMMIGRATION LAW FIRM

January 5, 2007

**VIA HAND DELIVERY**

U.S. Citizenship and Immigration Services
Officer Gilmore
77 Forsyth Street SW
Atlanta, Georgia 30303

**Re:**    <u>Form G-884</u>, **Request for Return of Original Documents for Raed BADIER, A 74 301 358**

Dear Officer Gilmore:

     Our client, Raed Baider, has never received his permanent residence card. You have confirmed that the card was in fact produced, is unexpired, and is currently contained in his file. Therefore, we submit Form G-884 to obtain the card. <u>Please note that Mr. Baider has moved.</u> A Form AR-11 has been mailed to USCIS.

- **Form G-28**, Notice of Entry of Appearance as Attorney or Representative, executed by the Applicant;

- **Form G-884**, Request for Return of Original Documents;   Including a copy of Mr. Baider's car d he wishes to obtain

- **Identity Documents for Mr. Badier,** Copy of Mr. Baider's  previous Permanent Resident Card, copy of Mr. Badier's birth certificate, copy of Mr. Badier 's pa ssport

     Thank you for your assistance in helping Mr. Badier obtain his card.  Please contact me at (404) 816-8611 X 1111 if you require any further information.

Sincerely,

Rachel Effron

CHK/re

ATLANTA | MIAMI | DALTON | GAINESVILLE

8010 Roswell Road    T 404.816.8611
Suite 300    T 866.286.6200
Atlanta, Georgia 30350    F 404.816.8615

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Entry of Appearance
## as Attorney or Representative

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: G-884 | Date: 1/4/2007 |
| --- | --- |
| | File No.  A 74-301-358 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: Raed Badier | ☐ Petitioner  ☐ Beneficiary | ☒ Applicant | |
| --- | --- | --- | --- |
| Address: (Apt. No.)    (Number & Street)  414 Rime Village Drive | (City)  Birmingham | (State)  AL | (Zip Code)  35216 |
| Name: | ☐ Petitioner  ☐ Beneficiary | ☐ Applicant | |
| Address: (Apt. No.)    (Number & Street) | (City) | (State) | (Zip Code) |

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
GA, AZ, DC (CK); NJ, GA (RE)    Supreme
_____ Name of Court _____ and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
_____
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS  Kuck Casablanca LLC  8010 Roswell Road Suite 300  Atlanta, GA  30350 |
| --- | --- |
| NAME (Type or Print)  Charles H. Kuck/ Rachel Effron | TELEPHONE NUMBER  (404) 816-8611    Fax: (404) 816-8615 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*
Charles H. Kuck,  Malvena Driscoll, Rachel Effron and John Wardle

*(Name of Attorney or Representative)*

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
All Immigration Matters

| Name of Person Consenting  Raed Badier | Signature of Person Consenting | Date  1 - 4 - 07 |
| --- | --- | --- |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

**U.S. Department of Justice**
Immigration and Naturalization Service

**Request for the Return of Original Document(s)**

OMB No. 1115-0162

Your assistance in furnishing the following identifying information is requested so that we may respond to your request. Please fill in the necessary information and return this form and any additional material to your local Immigration and Naturalization Service office.

**FOR INS USE ONLY**

File No. _____ Date _____

| 1. Name of Requester _Rachel Effron_ | 2. Telephone No. _(Include area code)_ _404-816-8611_ | 3. Alien Registration Number _A 77 301 358_ |

4. Complete Mailing Address

_8010 Roswell Road, Suite 300_
_Atlanta, GA 30350_

5. Specific information, document(s), or record(s) desired _(Examples include Marriage License, Birth Certificate, or Death Certificate, etc.)_

_I-551 Card, produced but never mailed, still valid_

6. Data for identification of Personal Record (Records may not be located unless the following information is provided). Leave blank if not applicable.

| Family Name _BADIER_ | First Name _Raed_ | Middle Name _Mona_ | Alien Registration Number _(if known)_ _A 74 301 358_ |
| Other names used _(If any)_ | Date of Birth _7.27.1970_ | | Place of Birth _Kuwait City, Kuwait_ |
| Date of Entry _12/01/1995_ | Port of Entry | | Type of Entry_(i.e. temporary visitor, student, etc.)_ _LPR_ |
| Name on Certificate of Naturalization | Certificate of Naturalization Number | | Naturalization Certificate Date |
| Name on Certificate of Citizenship | Certificate of Citizenship Number | | Citizenship Certificate Date |
| Naturalization Court and Location | | | |

7. Verification of Identity

☐ In person with ID      ☑ Legible Photocopies

**Instructions:** Before consideration can be given to your request, two legible copies of identification must be submitted. Examples of acceptable forms of identification are alien registration cards, baptismal certificates, birth certificates, driver's licenses, employment work identification cards, marriage certificates, certificates of naturalization/citizenship, or United States or foreign passports.

"Copies of documents submitted are exact photocopies of unaltered original documents and I understand that I may be required to submit original documents to an immigration officer at a later date."

If you are requesting an original document(s) from a file other than your own, you must submit proof of relationship between you and the subject. In cases where the subject is either deceased or incapacitated, you must provide evidence of power of attorney or that you are executor of the subject's estate.

Identification documents in a foreign language must be accompanied by a complete translation in English. The translator must certify that he or she is competent to translate and the translation is accurate.

| Signature of Requester _Rachel Effron_ | Date _1/4/07_ |

Form G-884 (Rev. 3-03-99) N

## AFFIDAVIT OF IDENTITY

I ☑ Swear     ☐ Affirm that I am

_Raed Badier_ residing at
Name

_4.1.4  Rivrie Village Dr. Birmingham,  AL     35216_
Street          City                State              Zip Code

and that I was born in _< ) ) ) 2  —_     on     _) 2 )  ) —)_
Country of Birth                              Date of Birth

I understand willfully false statements on this form can be punished by fine or imprisonment (18 U.S.C. 1001).

```
┌─────────────────────────────────┐
│      MARY E SAMBUCETTI          │
│        Notary Public            │
│        Fulton County            │
│       State of Georgia          │
│ My Commission Expires Jul 26, 2008 │
└─────────────────────────────────┘
```

_Raed Badier_
Signature

to wit:

I, _Mary Sambucetti_

_City of Atlanta    County of Fulton_     in and for the

_Raed Badier_     aforesaid, do hereby certify that

_____ personally appeared before me and then and there

executed the above Affidavit of Identity and acknowledged it to be _a_

_____ lawful act and deed.

GIVEN under my hand and official seal, this _4th_ day of _January_ A.D. _2007_

_____
Signature

### Reporting Burden

An agency may not conduct or sponsor an information collection and a person is not required to respond to an information collection unless it contains a valid OMB control number. Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: U.S. Department of Justice, Immigration and Naturalization Service (Room 5307), Washington, DC 20536; OMB No. 1115-0162.

Form G-884 (Rev. 3-03-99) N



A2USA074301358<02<9802<<<<<<<<
7009297M0802101<<<<<<CC6314688
BADIER<<RAED<<<<<<<<<<<<<<<<<<

ENCLOSED IS YOUR IDENTIFICATION CARD. THE LAW
REQUIRES THAT YOU KEEP THIS CARD IN YOUR
POSSESSION AT ALL TIMES. RETAIN THIS MAILING
INSERT AS A RECORD OF YOUR FILE NUMBER.

BADIER, RAED

074301358

BADIER, RAED

PO BOX 55082
BIRMINGHAM          AL   35255

8-028-885-003          301358

USINS
77 FORSYTH STREET, S.W.
ATLANTA GA. 30303





THE HASHEMITE KINGDOM
OF JORDAN
MINISTRY OF INTERIOR
CIVIL STATUS & PASSPORT DEPT.

المملكة الأردنية الهاشمية
وزارة الداخلية
دائرة الأحوال المدنية والجوازات

CERTIFICATE OF BIRTH

CHILD INFORMATION

CERTIFICATE NO: 2099 / 102
NATIONAL NO : 9701025591

NAME                : RA'ED

SEX                 : MALE

PLACE OF BIRTH: KUWAIT

DATE OF BIRTH : 29/09/1970
               TWENTY NINTH OF SEPTEMBER NINETEEN SEVENTY

NATIONAL NO  :  9701025591

NATIONALITY  :  JORDANIAN

GOVERNORATE : ZARQA
OFFICE      : RUSAIFA

RELIGION: ISLAM

PARENTS INFORMATION

|         | NAME              | FATHER            | FAMILY            | RELIGION |
|---------|-------------------|-------------------|-------------------|----------|
| FATHER  | MOH'D ADNAN       | AHMAD             | BADIER            | ISLAM    |
| MOTHER  | KHAIZIEH          | MOHAMMAD          | ALSUABLE          | ISLAM    |

CIVIL REGISTER:        RUSAIFA 218/017

DATE OF ISSUE
22/06/2005

DATE: 01/01/1984

HAZEM AL-RAWAHLEH



صُورةُ حَامِلِ الجَـوَاز
Photograph of bearer

المَملَكة الأردُنِيّة الهاشِميّة
THE HASHEMITE KINGDOM OF JORDAN

جوازسفر
PASSPORT

BY HIS MAJESTY THE KING
TO ALL WHOM IT MAY
CONCERN GREETING:

باسم صَاحِبِ الجَلالة المَلِك
الجَميع مَن لهُم عَلاقة بهذا
تَحيـّـة .

GOVERNMENT OFFICIALS OF
THE HASHEMITE KINGDOM OF
JORDAN, REPRESENTATIVES
ABROAD AND ALL THOSE
WHOM IT MAY CONCERN ARE
REQUIRED AND REQUESTED
TO ALLOW BEARER TO PASS
FREELY WITHOUT LET OR
HINDRANCE AND TO AFFORD
............ EVERY ASSISTANCE
AND PROTECTION OF WHICH
............ MAY STAND IN NEED.

يُرجَى مِن مُوَظّفِي حُكومَة المَملَكة
الأردنِيّة الهاشِميّة ومَن يُمثّلها
في الخارج ومِن جَميع مَن لهُم
عَلاقة بهذا الشَأن أن يسمَحوا
لحامِل هذا الجَوازِ بحُرّية المُرور
مِن غَير تأخير أو إعاقة وأن
يبذلوا لهُ كُلّ مُساعَدة وحِماية
قد يحتاج إليهِما .

اسم حَامِله
Name of bearer
رائِد (محمد عدنان) أحمد بديـر
RAED (M.A.) A. BADIER

Place of birth ........ KUWAIT
مَكان الوِلادة بالكُويت

Date of birth ........ 197.
1970
تاريخ الوِلادة

Name of mother ...... KHAIRIEH
اسم الوالِدة خيريه

Issued at ........ RUSIFEH
صَدَر في ........ الرصيفة

Date ........ 14/10/1996
بتاريخ ١٤/١٠/١٩٩٦

MINISTER OF INTERIOR/PASSPORTS
وزير الداخِليّة/الجَوازات

DIRECTOR GENERAL CIVIL REGISTRATION
AND PASSPORT DEPARTMENT
مُدير عَام الأحوال المَدَنيّة
والجَوازات



CHILDREN

| Sex | Place of birth | Date of birth | Name |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

٩٩٠٦٩٧

Name ......................... BADIEER RAYD GHORID AHMAD FARIS

Place of residence ............... BUQAIFAH

Height ........................ 175

Colour of eyes ................ HAZEL

Distinguishing marks ...........

Profession .................... NONE

Signature .....................

## 5

CHILDREN

| Sex | Place of birth | Date of birth | Name |
|-----|---------------|---------------|------|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

الجنس    محل الولادة    تاريخ الولادة    الاسم

٩٩٠٢٥٧

## 4

Name   الاسم (كما هو في جواز السفر)
BASHEER
BASD (WORLD AHMAD) BASHEER

Place of residence   محل الإقامة .......... : BUSHEIRAH

Height   الطول : ١٧٥ .......... : 175

Colour of eyes   لون العينين .......... : HAZEL

Distinguishing marks   العلامات الفارقة .......... : لا

Profession   المهنة .......... : NONE

Signature   التوقيع



7

RENEWALS

التجديدات ٧

This passport is renewed until ٢٠٠٦/١٠/١٤

يجدد هذا الجواز لغاية ....................

Renewal N° 1131    ١١٣١    رقم التجديد: ...............

Date  12/12/2001    ٢٠٠١/١٢/١٢    التاريخ: ..................

DIRECTOR GENERAL, CIVIL REGISTRATION
AND PASSPORT DEPARTMENT

٩٩٠٥٩٧

6

COUNTRIES FOR WHICH
THIS PASSPORT IS VALID

الدول التي يصلح لها هذا الجواز ٦

ALL COUNTRIES

كل الدول

This passport expires  14/10/2001    ٢٠٠١/١٠/١٤    ينتهي هذا الجواز في





























37

VISAS

التأشيرات

A74 301 378
PROCESSED FOR I-551.
TEMPORARY EVIDENCE OF
LAWFUL ADMISSION FOR
PERMANENT RESIDENCE
VALID UNTIL DEC 14 2001
EMPLOYMENT AUTHORIZED
IR6    AP/B/R
DEC 1 5 2000

36

VISAS

التأشيرات

A74 301 358
PROCESSED FOR I-551.
TEMPORARY EVIDENCE OF
LAWFUL ADMISSION FOR
PERMANENT RESIDENCE
VALID UNTIL 12-05-2000
EMPLOYMENT AUTHORIZED
ATL    am. IIO

IR-6





