# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

RAED BADIER                                          )
A74 301 358                                          )
414 Rime Village Drive                               )
Birmingham, AL 35216;                                )
                                                     )
            Plaintiff,                               )
                                                     )
v.                                                   )
                                                     )    Civil Action No.
MICHAEL CHERTOFF, Secretary,                         )
Department of Homeland Security,                     )
425 Murray Drive, Building 410                       )
Washington, DC 20536                                 )
                                                     )
EMILIO T. GONZALEZ, Director,                        )
U.S. Citizenship and Immigration Services            )
20 Massachusetts Ave. NW                             )
Washington, DC 20529                                 )
                                                     )
            Defendants.                              )
_____                  )

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff, through local counsel, hereby moves this Court to permit Charles H. Kuck to

appear *pro hac vice* on his behalf in the instant case pursuant to LCvR § 83.2(d).  In support of

this motion, a declaration by Mr. Kuck is attached.


Respectfully Submitted,

_____          date: 11/19/07
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, N.W. Suite 775
Washington DC 20036
Phone: (202) 483-0053
Fax: (202) 483-6801

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

RAED BADIER                     )
A74 301 358                   )
414 Rime Village Drive      )
Birmingham, AL 35216;      )
                             )

        Plaintiff,          )
                             )

v.                           )
                             )     Civil Action No.

MICHAEL CHERTOFF, Secretary,   )
Department of Homeland Security,   )
425 Murray Drive, Building 410    )
Washington, DC 20536        )
                             )

EMILIO T. GONZALEZ, Director,    )
U.S. Citizenship and Immigration Services )
20 Massachusetts Ave. NW     )
Washington, DC 20529        )
                             )

        Defendants.       )

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of

Motion for Admission *Pro Hac Vice* and any response thereto, it is hereby ORDERED that said

Motion is GRANTED.


_____

U.S. District Court Judge

## AFFIDAVIT OF CHARLES H. KUCK

Before me, the undersigned, personally appeared Charles H. Kuck, who after being duly sworn makes oath and states as follows:

1. My full name is Charles H. Kuck.

   My firm name is Kuck Casablanca LLC.

   My office address is 8010 Roswell Road, Suite 300, Atlanta, GA 30350.

   My office telephone number is (404) 816-8611.

2. I have been admitted to practice law in Georgia, Washington, D.C., and Arizona.

3. I have not been disciplined by any bar.

4. I have neither filed motion for *pro hac vice* admission nor been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the forgoing is true and correct.

Respectfully submitted,

Charles H. Kuck (***Pro Hac Vice*** Applicant)
(GA Bar Number: 429940)

KUCK CASABLANCA LLC
8010 Roswell Road, Suite 300
Atlanta, GA 30350
Tel: (404) 816-8611
Fax: (404) 816-8615
Email: ckuck@immigration.net

Sworn to and subscribed before me this ___6th___ day of ___November___ 2007.

_____
Notary Public

My commission expires: _____ 2009



**Supreme Court**
**State of Georgia**

STATE JUDICIAL BUILDING

**Atlanta 30334**

LEAH WARD SEARS, CHIEF JUSTICE
CAROL W. HUNSTEIN, PRESIDING JUSTICE
ROBERT BENHAM
GEORGE H. CARLEY
HUGH P. THOMPSON
P. HARRIS HINES
HAROLD D. MELTON
JUSTICES

THERESE S. BARNES, CLERK
JEAN RUSKELL, REPORTER

September 24, 2007

I hereby certify that Charles Herman Kuck, Esq., was admitted on the ninth day of January, 1995, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.

Clerk, Supreme Court of Georgia