```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


RAED BADIER,                         :
                                     :
        Plaintiff,                   :
                                     :
     v.                              :  Civil Action No. 07-2119 (JR)
                                     :
MICHAEL CHERTOFF, Secretary,         :
Department of Homeland Security,     :
et al.,                              :
                                     :
        Defendants.                  :
```

**ORDER**

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Charles H. Kuck [2], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                        JAMES ROBERTSON
                                    United States District Judge