# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| RAED BADIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number:  1:07CV2119(JR) |
| | ) | |
| MICHAEL CHERTOFF, Secretary, United States | ) | |
| Department of Homeland Security,  et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____ )

## <u>NOTICE OF APPEARANCE</u>

The Clerk of Court will please enter the appearance of Assistant United States Attorney

Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: January 28, 2008                    Respectfully submitted,


                              /s/ Robin M. Meriweather
                              ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                              Assistant United States Attorney
                              555 Fourth St., N.W.
                              Washington, D.C.  20530
                              Phone: (202) 514-7198   Fax: (202) 514-8780
                              Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of January, 2008, I caused the foregoing Notice to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas K. Ragland
Andres Benach
Maggio & Kattar
11 Dupont Cirle, NW Suite 775
Washington, DC 20036

_____/s/ Robin M. Meriweather_____
ROBIN M. MERIWEATHER, D.C. Bar # 490114
