## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                          )
RAED BADIER,                              )
                                          )
                    Plaintiff,            )
                                          )
        v.                                )    Case Number:  1:07CV2119(JR)
                                          )
MICHAEL CHERTOFF, Secretary, United States )
Department of Homeland Security,  et al., )
                                          )
                    Defendants.           )
                                          )
_____ )

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff et al.,

through undersigned counsel, hereby request that the Court grant Defendants a 30-day

enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due March 3,

2008.  Defendants' answer currently is due February 1, 2008.  Pursuant to Local Rule 7(m) and

Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff to

obtain Plaintiff's position on this motion, and Plaintiff consents to the enlargement.

This is an immigration mandamus case, in which Plaintiff alleges that Defendants have

unreasonably refused to issue him a copy of his green card.  Plaintiff filed a mandamus complaint

on November 21, 2007, asking the Court to compel Defendants to provide Plaintiff with a copy of

the green card.

Defendants wish to answer Plaintiff's Complaint expeditiously.  However, to prepare an

answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with the

Department of Homeland Security concerning Plaintiff's factual allegations, and the facts that

support any defense Defendants may raise.  Although the undersigned Assistant United States

Attorney and agency counsel have made a good faith effort to complete that factual investigation and review of the record in advance of the current filing deadline, they have been unable to do so. Accordingly, Defendants request a 30-day enlargement of time to prepare Defendants' responsive pleading.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 30 days to answer Plaintiff's Complaint should cause no prejudice.

Dated: January 28, 2008                          Respectfully submitted,


                                                  _____/s/_____
                                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                  United States Attorney


                                                  _____/s/_____
                                                  RUDOLPH CONTRERAS, D.C. BAR #434122
                                                  Assistant United States Attorney

                                                  _____/s/ Robin M. Meriweather_____
                                                  ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                                  Assistant United States Attorney
                                                  555 Fourth St., N.W.
                                                  Washington, D.C.  20530
                                                  Phone: (202) 514-7198   Fax: (202) 514-8780
                                                  Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2008, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas K. Ragland
Andres Benach
Maggio & Kattar
11 Dupont Cirle, NW Suite 775
Washington, DC 20036

                        /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

RAED BADIER,                              )
                                          )
                      Plaintiff,          )
                                          )
         v.                               )    Case Number:  1:07CV2119(JR)
                                          )
MICHAEL CHERTOFF, Secretary, United States )
Department of Homeland Security,  et al., )
                                          )
                      Defendants.         )
                                          )
_____)

### ORDER

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is

hereby GRANTED.

It is further ORDERED that Defendants shall submit an Answer or otherwise respond to

Plaintiff's Complaint by March 3, 2008.

SO ORDERED.


_____

United States District Judge