UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAED BADIER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, United States )<br>Department of Homeland Security, <u>et al.,</u> )<br>)<br>Defendants. )<br>) | Case Number:  1:07CV2119(JR) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

Respectfully submitted,

| /s/ by RMM | /s/ |
|---|---|
| MICHAEL MAGGIO | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| ANDRES BENACH | United States Attorney |
| THOMAS RAGLAND |  |
| MAGGIO & KATTAR | /s/ |
| 11 Dupont Circle, NW Suite 775 | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| Washington, DC 20036 | Assistant United States Attorney. |
| Phone: (202) 483-0053 |  |
| Fax: (202) 483-6801 | /s/ Robin M. Meriweather |
|  | ROBIN M. MERIWEATHER, D.C. Bar # 490114 |
| *Counsel for Plaintiff* | Assistant United States Attorney |
|  | 555 Fourth Street, N.W. |
|  | Washington, D.C. 20530 |
|  | Phone: (202) 514-7198; Fax (202) 514-8780 |
|  | Robin.Meriweather2@usdoj.gov |
|  |  |
|  | *Counsel for Defendants* |

Dated: February 6, 2008